UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DAVID K. WARREN,, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Commissioner of Social Security, <br><br> Defendant. | No.  CV-12-0335-LRS <br><br> JUDGMENT IN A <br> CIVIL CASE |

### DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.    Judgment is entered for Defendant.

DATED: October 16, 2013

              SEAN F. McAVOY
              Clerk of Court

              By:  *s/Linda Emerson*
                Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**